IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

vs.                                                No. CV 16-00590 RB/KBM
                                                    No. CR 13-01928 RB

CHRISTOPHER SANCHEZ,

    Defendant/Movant.

**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF PETITIONER'S MOTION TO CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND DISMISSING WITHOUT PREJUDICE**

**THIS MATTER** is before the Court under Fed.R.Civ.P. 41(a)(2) on the Motion for Voluntary Dismissal of Petitioner's Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by Defendant/Movant, Christopher Sanchez, on March 10, 2017. (CV Doc. 13; CR Doc. 48). Sanchez seeks to dismiss this § 2255 Motion without prejudice in light of the U.S. Supreme Court's ruling in *Beckles v. United States,* ___U.S. ___, 2017 WL 855781 (2017). The United States of America does not oppose the Motion. The Court finds the Motion for Voluntary Dismissal should be granted.

    **IT IS ORDERED:**

        (1) the Motion for Voluntary Dismissal of Petitioner's Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by Defendant/Movant, Christopher Sanchez, on March 10, 2017 (CV Doc. 13; CR Doc. 48) is **GRANTED**;

        (2) the Motion and Amended Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 (CV Doc. 1, 2; CR Doc. 35, 36) are **DISMISSED WITHOUT PREJUDICE;** and

1

    (3)   civil case No. CV 16-00590 RB/KBM is **CLOSED**.

_____
UNITED STATES DISTRICT JUDGE